**424** CAMPAU vs. PROBATE JUDGE (St. Joseph), 36 M., 500.

Mandamus will not lie to review the refusal of a Probate Court to grant letters of administration.

Denied June 6, 1877.

But see Palms vs. Circuit Judge (Wayne), 39 M., 302 (617).

**425** BUCHOZ (Admr.) vs. PRAY, 37 M., 512.

Mandamus lies to compel the commissioners of an estate to return evidence into the Probate Court, where the law requires it. Costs of mandamus directed to a tribunal usually stand against the party benefited by the action complained of.

**426** JOHN HANCOCK MUTUAL LIFE INS. CO. vs. PROBATE JUDGE (Wayne), No. 13554½, 97 M., 613.

To compel the allowance of a contingent claim against an estate in a case where decedent was surety upon a bond, and judgment against the principal had since been recovered.

Order to show cause denied May 31, 1893, on the ground that relator's remedy is by appeal.

**427** U. S. DISTRICT ATTORNEY vs. PROBATE JUDGE (Monroe), 16 M., 203.

To compel respondent to extend the time for creditors to present their claims.

Denied November 1, 1867.

Held, that it being a matter within the discretion of the judge of probate, mandamus does not lie.